**FILED**
CLERK, U.S. DISTRICT COURT

12/19/25

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ____MRV____ **DEPUTY**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:25-cr-01018-PA |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(5)(A): Alien in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| LUIS ANTONIO CRUZ-DIEGO, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(5)(A)]

On or about November 13, 2025, in Los Angeles County, within the Central District of California, defendant LUIS ANTONIO CRUZ-DIEGO knowingly possessed a firearm, namely, a Ruger model P91DC, .40 caliber pistol, bearing serial number 340-27680, and ammunition, namely, two rounds of Federal Cartridge Company .40 caliber ammunition, two rounds of Winchester .40 caliber ammunition, one round of Remington .40 caliber ammunition, and one round of Poongsan Corporation .40 caliber ammunition, each in and affecting interstate and foreign commerce.  Defendant CRUZ-DIEGO possessed such firearm

and ammunition knowing he was then an alien illegally and unlawfully in the United States.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

//

//

3

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

PATRICK D. KIBBE
Assistant United States Attorney
Transnational Organized Crime
Section